IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00120-MEH-CBS

RIKKI LAMBERT,

    Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of a United States Magistrate Judge, and the case was reassigned to this Court. Accordingly,

IT IS ORDERED that the Order of Reference issued by Judge Weinshienk [filed January 28, 2009; docket #2] is hereby **vacated**; and

The pending Motion to Amend the Answer to Include an After-Acquired Evidence Affirmative Defense [docket #17] is **no longer referred** to Magistrate Judge Craig B. Shaffer.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

To convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

IT IS FURTHER ORDERED that a Status/Scheduling Conference is hereby set in this matter for Friday, **June 26, 2009, at 9 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]

Dated in Denver, Colorado, this 15th day of June, 2009.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

[1] Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.