IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00120-MEH-CBS

RIKKI LAMBERT,

    Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Plaintiff's Motion to File Amended Complaint [filed June 18, 2009; docket #25] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.