IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 09-cv-00120-MEH-CBS | Date:  June 26, 2009 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

RIKKI LAMBERT,                                                                                Robert Liechty

      Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,                                              Margaret Hogan

      Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**STATUS/SCHEDULING CONFERENCE**

**Court in session:**      **9:05 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding the deadlines set pursuant to the Scheduling Order entered on April 14, 2009 (Doc. #16).

The Court is advised that the dispositive motion deadline is August 7, 2009.

**ORDERED:**  Plaintiff shall file a Response to Defendant's dispositive motion on or before **August 14, 2009.**  Defendant may file a Reply on or before **August 31, 2009.**

Discussion regarding length of trial and trial date.

**ORDERED:**   1.   A Jury Trial is set for **December 1, 2009, at 9:00 a.m.;** estimated length of trial is three (3) days.

                 2.   A Trial Preparation Conference is set for **November 13, 2009, at 9:30 a.m.**

The Court will issue a separate Order regarding Trial procedures.

Discussion and argument regarding Defendant's Motion to Amend the Answer to Include an After-acquired Evidence Affirmative Defense (Doc. #17, filed 6/1/09).

**ORDERED:** For reasons stated on the record, Defendant's Motion to Amend the Answer to Include an After-aquired Evidence Affirmative Defense (Doc. #17, filed 6/1/09) is GRANTED. **Ms. Hogan shall file the First Amended Answer and Affirmative Defenses to Complaint and Jury Demand (Doc. #17-2, attachment to the above motion), without the "Exhibit A" cover sheet.**

As to Plaintiff's Amended Motion to File Amended Complaint (Doc. #27, filed 6/22/09), Mr. Liechty is directed to file a Reply to Defendant's Response (Doc. #28, filed 6/25/09).

**Court in recess:** 9:24 a.m. **(Hearing concluded)**
**Total time in Court:** 0:19