IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00120-MEH-CBS

RIKKI LAMBERT,

    Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2009.**

    Pending before the Court is Plaintiff's Amended Motion to File Amended Complaint [filed June 22, 2009; docket #27]. The matter is briefed and the Court heard oral argument on the motion on June 26, 2009. In the interests of justice and for good cause shown, the Court will **grant** the motion to allow Plaintiff to add to his Complaint relevant allegations and a request for relief for punitive damages under Title VII of the Civil Rights Act of 1964, as amended. Plaintiff shall file the Amended Complaint on or before **July 6, 2009**. Defendant shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

    The Court notes the short time period during which discovery was scheduled to take place in this matter; therefore, if the parties require additional time within which to seek information on the additional claims raised by both Plaintiff and Defendant, the Court will entertain such motion.