IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00120-MEH-CBS

RIKKI LAMBERT,

    Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2009.**

    Defendant's unopposed[1] Motion to Amend the Final Pretrial Order [filed December 23, 2009; docket #60] is **granted**. Upon consent of the parties and approval of the Court, the Amended Final Pretrial Order is filed contemporaneously with the filing of this minute order.

---

[1] *See* docket #61.