IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00120-MEH-CBS

RIKKI LAMBERT,

    Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2010.**

    In light of the Notice of Settlement filed by the parties today, the Defendant's Motion in Limine to Limit Trial Testimony, Evidence and Argument on Plaintiff's Work History ... [filed December 31, 2009; docket #62] and Defendant's Motion in Limine to Limit Trial Testimony, Evidence and Argument on Plaintiff's Claim for Emotional Distress Damages [filed December 31, 2009; docket #63] are **denied as moot**. In addition, the Trial Preparation Conference set for January 22, 2010, at 9:30 a.m. and the Jury Trial, commencing February 1, 2010, are hereby **vacated**. The parties shall file dismissal papers with the Court **on or before February 1, 2010**.