IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00120-MEH-CBS

RIKKI LAMBERT,

    Plaintiff,

v.

TRAVEL CENTERS OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation and Motion to Dismiss Plaintiff's Action with Prejudice [docket #68]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

Dated in Denver, Colorado, this 20th day of January, 2010.

                                    BY THE COURT:

                                    *Michael E. Hegarty*

                                    Michael E. Hegarty
                                    United States Magistrate Judge